UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACHROTECH LLC<br>d/b/a GOECART, | : : : | |
| | : | CASE NO: |
| Plaintiff, | : : | |
| v. | : : | |
| OLIVE BRANDS LLC<br>d/b/a METROKITCHEN.COM, | : : : | |
| | : | |
| Defendant. | : | MARCH 3, 2017 |

### APPLICATION TO CONFIRM ARBITRATION AWARD

1. This is an application to confirm an arbitration award pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9 ("FAA").

2. Plaintiff MachroTech LLC d/b/a GoECart ("GoECart") is a Connecticut limited liability company with its principal place of business at 855 Main Street, Suite 400, Bridgeport, Connecticut.  MachroTech LLC does business as GoECart and provides e-commerce services and software solutions to on-line retailers, including order and inventory management, fulfillment and warehouse management, and customer relationship management.

3. Defendant Olive Brands LLC d/b/a MetroKitchen.com ("MetroKitchen") is a Delaware limited liability company with its principal place of business at 4041-A Kingston Court, Marietta, Georgia.  Olive Brands LLC does business as MetroKitchen.com, through which it sells kitchen and cooking products and supplies on-line.

4. This Court has diversity jurisdiction under 28 U.S.C. § 1332, because this is an action between citizens of different states in which the underlying arbitration involved a matter

in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs, and the arbitration award GoECart seeks to enforce is $224,810.75.

5. At an in-person meeting in Bridgeport, Connecticut on June 9, 2015, GoECart and Olive Brands LLC d/b/a MetroKitchen.com ("MetroKitchen") entered into a Subscription Agreement and Master Services Agreement (the "Contract"), pursuant to which GoECart was to provide MetroKitchen with the GoECart 360 Software Subscription Professional Edition for its website www.MetroKitchen.com. The Contract required MetroKitchen to pay a one-time fee for managed implementation services and a monthly software subscription fee of $4,699 per month for 36 months. A copy of the Contract is attached hereto as Exhibit 1.

6. The Contract contains the following arbitration clause, which states in relevant part:

> Notwithstanding any provision in the Master Subscription Agreement to the contrary, any controversy hereunder not resolved within sixty (60) days after informal negotiation or mediation begins shall be settled by binding arbitration in Bridgeport, Connecticut, USA according to the rules of the American Arbitration Association.

Exhibit 1 at 10-11.

7. On September 30, 2015, only four months into the Contract, MetroKitchen informed GoECart that MetroKitchen would not honor the parties' Contract, would not implement the services contemplated by the Contract, and would not make any future payments to GoECart under the Contract.

8. On January 4, 2016, GoECart brought an arbitration against Metrokitchen before the American Arbitration Association ("AAA") seeking, among other things, damages related to Metrokitchen's failure to honor the parties' Contract and pay GoECart the subscription fees required by the Contract. A copy of the Demand for Arbitration is attached hereto as Exhibit 2.

9. On May 16, 2016, Metrokitchen filed an Answer with Special Defenses and Counterclaims, seeking, among other things, damages related to alleged breaches of contract and fraudulent inducement by GoECart. A copy of the Answer with Special Defenses and Counterclaims is attached hereto as Exhibit 3.

10. On October 28, 2016, AAA sent notice to GoECart and Metrokitchen confirming the appointment of Paul Peter Nicolai as the arbitrator. A copy of AAA's notice is attached hereto as Exhibit 4.

11. In accordance with the Contract's arbitration clause, an arbitration was conducted before the AAA. The arbitration convened on January 3, 2017 and adjourned on January 5, 2017, and was governed by the AAA Commercial Arbitration Rules and Mediation Procedures dated October 1, 2013.

12. On or about February 21, 2017, the arbitrator made a written award, a copy of which is attached hereto as Exhibit 5. The arbitrator granted GoECart's claims and denied MetroKitchen's counterclaims. The arbitrator awarded GoECart a total amount of $224,810.75 if paid before April 1, 2017, and ordered that any amount of the award remaining unpaid as of April 1, 2017 is subject to an additional award of four point two ($0.042) cents per day per dollar remaining unpaid. The award consists of:

    a. Contract damages in the amount of $120,294.40;

    b. Attorney fees and expenses in the amount of $72,000.00;

    c. Interest on the Contract damages in the amount of $30,616.35; and

    d. Administrative fees and expenses of AAA in the amount of $1,900.00.

13. Rule 52(c) of the AAA's October 1, 2013 Commercial Arbitration Rules provides that "[p]arties to an arbitration under these rules shall be deemed to have consented that

judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof." A copy of AAA's Commercial Arbitration Rule 52(c) is attached hereto as Exhibit 6. In addition, the Contract does not specify a venue to confirm the arbitration award. The FAA provides that:

> If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made. Notice of the application shall be served upon the adverse party, and thereupon the court shall have jurisdiction of such party as though he had appeared generally in the proceeding.

9 U.S.C. § 9. A copy of Section 9 of the FAA is attached hereto as Exhibit 7.

Wherefore GoECart requests:

1. That the award be confirmed and made a judgment of the Court;

2. That the Court award GoECart reasonable attorneys' fees and expenses incurred to confirm and enforce the award; and

3. Any other relief that the Court deems just and proper.

 

**MACHROTECH LLC**
**d/b/a GOECART**

By: */s/ Joseph C. Merschman*
    Joseph C. Merschman
    Wiggin and Dana LLP
    One Century Tower
    265 Church Street
    P.O. Box 1832
    New Haven, Connecticut 06508
    (203) 498-4400
    jmerschman@wiggin.com

*Its Attorneys*